IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| JPMORGAN CHASE BANK, N.A. f/k/a JPMorgan Bank as Trustee, on behalf of First Franklin Mortgage Loan Trust 2004-FF10, Asset-Backed Certificate, Series 2004-FF10 | § § § § § § | |
| VS. | § § | CIVIL ACTION NO. G-06-688 |
| MICHAEL COLEMAN and All Other Occupants of 14605 Oak Leaf Loop Splendora, Texas   77372 | § § § § | |

**OPINION AND ORDER**

Before the Court is a Report and Recommendation from the United States Magistrate Judge dated January 30, 2007, which recommends that the " Motion to Remand" of Plaintiff, JPMorgan Chase Bank, be granted. The Magistrate Judge set a February 16, 2007, deadline for the filing of objections, but, to date, no objections have been filed.

After *de novo* review, pursuant to 28 U.S.C. § 636(b)(1)(C), this Court finds that the Report and Recommendation of the Magistrate Judge is a well reasoned and correct application of law to the facts in this case and it is, therefore, **ACCEPTED** by this Court in its entirety and incorporated by reference herein.

Accordingly, it is **ORDERED** that the " Motion to Remand" (Instrument no. 8) of Plaintiff, JPMorgan Chase Bank, is **GRANTED** and this cause is **REMANDED** to the **Montgomery Justice of the Peace Court, Precinct No. 4 of Montgomery County, Texas**.

**DONE** at Galveston, Texas, this 27th day of January, 2007.

_____
Samuel B. Kent
United States District Judge